UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DAREN HEATHERLY, et al., | No. C 13-03081 LB |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| BUFFALO EXCHANGE LTD., et al., | |
| Defendants. | |
| _____/ | |

On July 3, 2013, Plaintiffs filed a complaint against Defendants Buffalo Exchange Ltd. and Roberta Lince for violations of the Americans with Disabilities Act. Complaint, ECF No. 1. Defendants were served, and they answered the complaint on August 22, 2013. Answer, ECF No. 7. Pursuant to the Scheduling Order issued on July 3, 2013, October 16, 2013 was the last day for the parties to hold a joint inspection of the subject premises. ADR Scheduling Order, ECF No. 2. The court did not know if this happened. 42 days after the joint inspection, the parties were to file a Notice of Need for Mediation. *Id.* As of December 17, 2013, they had not done so.

Accordingly, on December 18, 2013, the court ordered Plaintiffs to show cause why this action should not be dismissed for failure to prosecute it. Order to Show Cause, ECF No. 10. Later that day, Plaintiffs filed a Notice of Need for Mediation, in which they stated that the parties conducted a site inspection and were discussing settlement. Notice of Need for Mediation, ECF No. 11. In light of Plaintiffs' Notice, the court discharges its order to show cause. The parties are directed to comply with the deadlines set forth in the ADR Scheduling Order. If they want to adjust those deadlines, they must ask the court for permission to do so.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-03081 LB
ORDER TO SHOW CAUSE

2